AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION | APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois**<br>**Everett McKinley Dirksen Buildling**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |
|---|---|---|
| DOCKET NO.<br>08 cv 4274 | DATE FILED<br>July 29, 2008 | |

| PLAINTIFF<br>**SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; LAFACE RECORDS LLC;<br>and MOTOWN RECORD COMPANY, L.P.** | DEFENDANT<br>**FERNANDO CISNEROS** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment    Answer    Cross Bill    Other Pleading |  |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order    Judgment | WRITTEN OPINION ATTACHED<br>Yes    No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action,
mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
mail copy to Register of Copyrights
3) Upon termination of action,
mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

1

## EXHIBIT A

## FERNANDO CISNEROS

| **IP Address:** 140.192.176.166 2007-03-31 08:49:28 EDT | **CASE ID#** 123812264 |
|---|---|
| **P2P Network:** Gnutella | **Total Audio Files:** 623 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| UMG Recordings, Inc. | Ja Rule | Between Me And You | Rule 3:36 | 270-080 |
| LaFace Records LLC | Usher | If I Want To | 8701 | 307-207 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Motown Record Company, L.P. | Boyz II Men | Yesterday | II | 196-004 |
| UMG Recordings, Inc. | Mary J. Blige | No More Drama | No More Drama | 301-461 |