IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> FERNANDO CISNERSO <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **08CV4274** <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of August, 2008, at 2:42 PM**, at the address of **2438 W HADDON, CHICAGO, Cook County, IL 60622**; this declarant served the above described documents upon **FERNANDO CISNERSO**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **FERNANDO CISNERSO, NAMED DEFENDANT, A Hispanic male approx. 18-21 years of age 5'6"-5'8" in height weighing 180-200 lbs with black hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **11th day of August, 2008**.

_____
**Christopher T Garrett, Reg. # 117-001119, IL**

**FOR: COZEN O'CONNOR**
**REF: CISNEROSFERNAND|123812264**

ORIGINAL PROOF OF
SERVICE

Tracking #: 5670757 SEA