**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Sony BMG Music Entertainment, et al.

                                      Plaintiff,

v.                                            Case No.: 1:08−cv−04274
                                                Honorable Ruben Castillo

Fernando Cisneros

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Ruben Castillo:After a careful review of the case docket, the Court hereby enters a default against defendant Fernando Cisneros for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to consider any specific default judgment. The parties should exhaust all settlement possibilities prior to filing any further pleadings. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.